IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

115-9-15524

| | |
|---|---|
| IN THE MATTER OF:<br><br>ANA LYDIA ALEJANDRO HERNANDEZ<br>  Debtor<br><br>BANCO BILBAO VIZCAYA ARGENTARIA PUERTO RICO<br>  Movant<br><br>vs.<br><br>ANA LYDIA ALEJANDRO HERNANDEZ<br>Respondent/Debtor<br><br>ALEJANDRO OLIVERAS RIVERA<br>  Trustee<br><br>ROBERTO C. RIVERA ALEJANDRO<br>Party In Interest | CASE NO. 12-05763 BKT<br><br>CHAPTER 13 |

**NOTICE OF MOTION FOR RELIEF OF CO-DEBTOR'S STAY
UNDER 11 USC § 1201 (C)(2) OR § 1301(C)(2)**

To the above named respondent(s): **ANA LYDIA ALEJANDRO HERNANDEZ, BORINQUEN VALLEY 236 FORMON STREET, CAGUAS, PR. 00725**.

You are hereby notified that on ___NOV 27 2012___ the above movant filed the enclosed Motion seeking relief from the automatic stay of Section 1201 and 1301 of the Bankruptcy Code.

You must file an answer to the motion within twenty-one (21) days from the service of this notice, and serve such answer upon movant or his attorney, **Angel M. Vázquez Bauzá, Esq.**, whose address is **P.O. Box 191017, San Juan, PR 00919-1017**.

**IF YOU FAIL TO TIMELY ANSWER AS SET FORTH HEREIN, AN ORDER WILL BE ENTERED AGAINST YOU GRANTING THE RELIEF REQUESTED BY THE MOVANT.**

MARIA DE LOS ANGELES GONZALEZ, CLERK
United States Bankruptcy Court

DATE OF ISSUANCE: ___NOV 27 2012___     By: _____
                                             Deputy Clerk

---

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that I served copy of the within notice and Motion **ANA LYDIA ALEJANDRO HERNANDEZ, BORINQUEN VALLEY 236 FORMON STREET, CAGUAS, PR. 00725**.

on _____     By: **CERTIFIED MAIL**
   (Date of service)                       (Describe mode of service)

Executed on:_____  Signature:_____ (Date)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

115-9-15524

| | |
|---|---|
| IN THE MATTER OF:<br><br>ANA LYDIA ALEJANDRO HERNANDEZ<br>    Debtor<br><br>BANCO BILBAO VIZCAYA ARGENTARIA<br>PUERTO RICO<br>    Movant<br><br>vs.<br><br>ANA LYDIA ALEJANDRO HERNANDEZ<br>Respondent/Debtor<br><br>ALEJANDRO OLIVERAS RIVERA<br>    Trustee<br><br>ROBERTO C. RIVERA ALEJANDRO<br>    Party In Interest | CASE NO. 12-05763 BKT<br><br>CHAPTER 13 |

**NOTICE OF MOTION FOR RELIEF OF CO-DEBTOR'S STAY
UNDER 11 USC § 1201 (C)(2) OR § 1301(C)(2)**

To the above named respondent(s): **ROBERTO C. RIVERA ALEJANDRO, RES. SAN CARLOS EDIF. 07 APTO. 86, CAGUAS, PR. 00725.**

You are hereby notified that on _____NOV 27 2012_____ the above movant filed the enclosed Motion seeking relief from the automatic stay of Section 1201 and 1301 of the Bankruptcy Code.

You must file an answer to the motion within twenty-one (21) days from the service of this notice, and serve such answer upon movant or his attorney, **Angel M. Vázquez Bauzá, Esq.**, whose address is **P.O. Box 191017, San Juan, PR 00919-1017.**

**IF YOU FAIL TO TIMELY ANSWER AS SET FORTH HEREIN, AN ORDER WILL BE ENTERED AGAINST YOU GRANTING THE RELIEF REQUESTED BY THE MOVANT.**

MARIA DE LOS ANGELES GONZALEZ, CLERK
United States Bankruptcy Court

DATE OF ISSUANCE: __NOV 27 2012__  By: _____
                                                              Deputy Clerk

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that I served copy of the within notice and Motion **ROBERTO C. RIVERA ALEJANDRO, RES. SAN CARLOS EDIF. 07 APTO. 86, CAGUAS, PR. 00725.**

on _____  By: **CERTIFIED MAIL**
    (Date of service)  (Describe mode of service)

Executed on:_____ Signature:_____ (Date)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

115-9-15524

| | |
|---|---|
| IN THE MATTER OF:<br><br>ANA LYDIA ALEJANDRO HERNANDEZ<br>    Debtor<br><br>BANCO BILBAO VIZCAYA ARGENTARIA<br>PUERTO RICO<br>    Movant<br><br>vs.<br><br>ANA LYDIA ALEJANDRO HERNANDEZ<br>Respondent/Debtor<br><br>ALEJANDRO OLIVERAS RIVERA<br>    Trustee<br><br>ROBERTO C. RIVERA ALEJANDRO<br>    Party In Interest | CASE NO. 12-05763 BKT<br><br>CHAPTER 13 |

### NOTICE OF MOTION FOR RELIEF OF CO-DEBTOR'S STAY
### UNDER 11 USC § 1201 (C)(2) OR § 1301(C)(2)

To the above named respondent(s): **ALEJANDRO OLIVERAS RIVERA, PO BOX 9024062, SAN JUAN, PR. 00902-4062**.

You are hereby notified that on ___**NOV 27 2012**___ the above movant filed the enclosed Motion seeking relief from the automatic stay of Section 1201 and 1301 of the Bankruptcy Code.

You must file an answer to the motion within twenty-one (21) days from the service of this notice, and serve such answer upon movant or his attorney, **Angel M. Vázquez Bauzá, Esq.**, whose address is **P.O. Box 191017, San Juan, PR 00919-1017**.

**IF YOU FAIL TO TIMELY ANSWER AS SET FORTH HEREIN, AN ORDER WILL BE ENTERED AGAINST YOU GRANTING THE RELIEF REQUESTED BY THE MOVANT.**

MARIA DE LOS ANGELES GONZALEZ, CLERK
United States Bankruptcy Court

DATE OF ISSUANCE: __**NOV 27 2012**__        By: _____
                                                Deputy Clerk

### CERTIFICATE OF SERVICE

I certify under penalty of perjury that I served copy of the within notice and Motion **ALEJANDRO OLIVERAS RIVERA, PO BOX 9024062, SAN JUAN, PR. 00902-4062**.

on _____        By: **CERTIFIED MAIL**
     (Date of service)                          (Describe mode of service)

Executed on: _____    Signature: _____    (Date)