B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

District of Puerto Rico

In re Ana I. Alejandro-Hernandez, Case No. 12-05763

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

FirstBank of Puerto Rico
Name of Transferee

FBPR (LAC)
Name of Transferor

Name and Address where notices to transferee should be sent:
Consumer Service Center
Bankruptcy Division-(Code 248)
Po Box 9146, San Juan, PR 00908-0146
Phone: 787-729-8084
Last Four Digits of Acct #: 1346

Court Claim # (if known): 4
Amount of Claim: $3,106.38
Date Claim Filed: 08/17/2012

Phone: 888-702-1161
Last Four Digits of Acct. #: 9625

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #: 1346

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Rafael Kortright          Date: 01/28/2014
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.